FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO JAVOR QUARLES,<br><br>Plaintiff,<br><br>v.<br><br>STAN SNIFF, et al.,<br><br>Defendants. | Case No.: EDCV 16-01234-MWF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.

///
///
///
///

2. Plaintiff's First Amended Complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this case with prejudice.

Dated: Aug 30, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge