JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 30 2017

CENTRAL DISTRICT OF CALIFORNIA
BY            cw         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO JAVOR QUARLES,<br><br>          Plaintiff,<br><br>     v.<br><br>STAN SNIFF, et al.,<br><br>          Defendants. | Case No.: EDCV 16-01234-MWF (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 30, 2017

MICHAEL W. FITZGERALD
United States District Judge